UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SENTENCING-RELATED DEADLINES | ) |
| | ) |

**<u>Standing Order</u>**

I enter this Standing Order for all criminal cases on my docket to clarify which sentencing-related deadlines apply to each case in light of the Court's April 11, 2025 Administrative Order titled *In Re: Sentencing Procedures*.

The deadlines set forth in the Court's April 11, 2025 Administrative Order apply to all criminal cases in which the defendant has a sentencing hearing set on or after July 1, 2025. This includes criminal cases in which the defendant had a sentencing hearing originally set before July 1, 2025, but was later continued until on or after July 1, 2025.

The deadlines set forth in the applicable Minute Entry for the change-of-plea hearing apply to all criminal cases in which a defendant has a sentencing hearing set before July 1, 2025.

Failure to comply with this Standing Order or the applicable sentencing-related deadlines may result in sanctions.

So ordered this 14th day of May 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE