UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:25CR00155 SRC |
| TONIA HADDIX, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW GOVERNMENT'S MOTION TO FILE A SEALED PLEADING

Comes now the United States of America, by and through its Attorneys, Matthew T. Drake, Acting United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and moves the Court for leave to withdraw the Government's Motion for Leave to File a Sealed Pleading (ECF 21) and Sealed Memorandum in Support of Motion for Leave to File Under Seal (ECF 22) previously filed in this matter.

Respectfully submitted,

MATTHEW T. DRAKE
Acting United States Attorney

*s/Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

      *s/Hal Goldsmith*
      HAL GOLDSMITH, #32984MO
      Assistant United States Attorney